LEONARD SCHULMAN, Respondent, v. UNITED STATES TRUST COMPANY, Appellant.— Order, Supreme Court, New York County, entered September 11, 1972, so far as appealed from, and judgment entered thereon on October 11, 1972, dismissing the action without prejudice, unanimously affirmed. Appellant shall recover of respondent $60 costs and disbursements of this appeal. Special Term could well have imposed more onerous conditions in view of plaintiff's dilatory tactics. Therefore, although we affirm, we grant $60 costs and disbursements of the appeal to the appellant. Concur — McGivern, J. P., Kupferman, Murphy, Lane and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD COLLINS, Appellant.— Judgment, Supreme Court, New York County, rendered December 15, 1971, convicting defendant of possession of a weapon as a felony and two counts of assault in the third degree, unanimously reversed, on the law, and a new trial directed. After the court's charge to the jury, the defendant requested a charge on justification, which was denied as being untimely made. However, such request may be made "after the court's charge". (CPL 300.10, subd. 4.) Furthermore, this was a matter for consideration by a jury. (People v. Steele, 26 N Y 2d 526.) Concur — Markewich, J. P., Nunez, Kupferman, Murphy and Capozzoli, JJ.